UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>                  Petitioner,<br><br>    v.<br><br>PERRY RUSSELL, *et al.*,<br><br>                  Respondents. | Case No. 3:20-cv-00615-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Petitioner Willie Sampson, with appointed counsel, filed an amended petition for writ of habeas corpus on September 29, 2021. (ECF No. 16.) Respondents were due to respond to the amended petition by January 14, 2022. (ECF Nos. 6, 24.)

On January 13, 2022, Respondents filed a motion for extension of time (ECF No. 25 ("Motion")), requesting a 60-day extension to March 15, 2022, to respond to Sampson's amended petition. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. (*Id*. at 2.) Sampson does not oppose the Motion. The Court finds that Respondents' Motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 25) is granted. Respondents will have until and including March 15, 2022, to respond to the amended petition for writ of habeas corpus.

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered on December 4, 2020 (ECF No. 6), will remain in effect.

DATED THIS 14th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE