UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br>                  Petitioner,<br>v.<br>PERRY RUSSELL, *et al.*,<br>                  Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

In this habeas corpus action, Petitioner Willie Sampson, represented by appointed counsel, filed an amended petition for writ of habeas corpus on September 29, 2021. (ECF No. 16.) Respondents were due to respond to the amended petition by March 15, 2022. (ECF Nos. 6, 24, 26.)

On March 14, 2022, Respondents filed a motion for extension of time (ECF No. 28 ("Motion")), requesting a 14-day extension, to March 29, 2022, to respond to Sampson's amended petition. Sampson does not oppose the Motion. The Court finds that Respondents' Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 28) is granted. Respondents will have until and including March 29, 2022, to respond to the amended petition for writ of habeas corpus.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 22nd Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE