# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON, | Case No. 3:20-cv-00615-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 30) on March 29, 2022. Petitioner Willie Sampson, represented by appointed counsel, was due to file a response to that motion by May 31, 2022. (ECF No. 6.)

On May 31, 2022, Sampson filed a motion for extension of time (ECF No. 45 ("Motion")), requesting a 30-day extension, to June 30, 2022, to respond to the motion to dismiss. Sampson's counsel states that he needs the extension of time because of his obligations in other cases. Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that Sampson's Motion for Extension of Time (ECF No. 45) is granted. Sampson will have until and including June 30, 2022, to respond to the motion to dismiss.

///

///

///

///

1 | It is further ordered that, in all other respects, the schedule for further proceedings
2 | set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.
3 | DATED THIS 1st Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE