UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE SAMPSON,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 30) on March 29, 2022. Petitioner Willie Sampson, represented by appointed counsel, filed an opposition to the motion to dismiss (ECF No. 47) and a motion for leave to file a second amended habeas petition (ECF No. 49) on June 27, 2022. Respondents have until July 27, 2022, to file a reply in support of the motion to dismiss. (ECF No. 6.) Respondents' response to the motion for leave to file a second amended petition was due July 11, 2022. *See* LR 7-2(b).

On July 7, 2022, Respondents filed a motion for extension of time (ECF No. 50 ("Motion")), requesting a 16-day extension of time, to July 27, 2022, to respond to the motion for leave to file a second amended petition. Respondents' counsel states that it would be more efficient for the reply in support of the motion to dismiss and the response to the motion for leave to file a second amended petition to be due on the same day, as the two motions are intertwined. Sampson's counsel does not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 50) is granted. Respondents will have until and including July 27, 2022, to respond to the motion for leave to file a second amended petition.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 12th Day of July 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE