UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>                           Petitioner,<br><br>    v.<br><br>PERRY RUSSELL, *et al.*,<br><br>                         Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

In this habeas corpus action, Respondents had until October 3, 2022, to file their answer. (ECF No. 54.) On October 3, 2022, Respondents filed a motion for extension of time (ECF No. 56 ("Motion")), requesting a 60-day extension of time, to December 2, 2022, for their answer. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of time away from her office. Respondents' counsel represents that Sampson does not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 56) is granted. Respondents will have until and including December 2, 2022, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 12th Day of October 2022.

                                                        MIRANDA M. DU<br>
                                                        CHIEF UNITED STATES DISTRICT JUDGE