UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIE SAMPSON,

Petitioner,

v.

PERRY RUSSELL, *et al.*,

Respondents.

Case No. 3:20-cv-00615-MMD-CSD

ORDER

In this habeas corpus action, after a 60-day initial period (ECF No. 54), and then a 60-day extension of time (ECF No. 57), Respondents were to file their answer by December 2, 2022.

On November 30, 2022, Respondents filed a motion for extension of time (ECF No. 58 ("Motion")), requesting an additional 60-day extension, to January 31, 2023, for their answer. Respondents' counsel states that this extension of time—much like the last—is necessary because of her obligations in other cases, because of personal medical matters, and because of time away from her office. Respondents' counsel represents that Petitioner Willie Sampson, who is represented by appointed counsel, does not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

The Court will grant this extension of time as requested. However, as it now will have been six months for Respondents to file their answer, *the Court will not look favorably upon any motion to further extend this deadline*.

///

///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 58) is granted. Respondents will have until and including January 31, 2023, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 5th Day of December 2022.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE