UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON, | Case No. 3:20-cv-00615-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 60-day initial period (ECF No. 54) and two 60-day extensions of time (ECF Nos. 57, 59), Respondents were due to file their answer by January 31, 2023. When the Court granted the last extension of time, on December 5, 2022, the Court stated:

> The Court will grant this extension of time as requested. However, as it now will have been six months for Respondents to file their answer, *the Court will not look favorably upon any motion to further extend this deadline*.

(ECF No. 59 at 1 (emphasis in original).)

Nevertheless, on January 31, 2023, Respondents filed a motion for extension of time (ECF No. 61 ("Motion")), requesting a further 62-day extension, to April 3, 2023, for their answer. Respondents' counsel makes no mention of the warning given in the Court's December 5 order. Rather, counsel simply states that this extension of time—much like the last two—is necessary because of her obligations in other cases, because of personal medical matters, and because of time away from her work. Respondents' counsel represents that Petitioner Willie Sampson, who is represented by appointed counsel, does not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested. The Court will grant this extension of time.

Counsel states that she believes this extension of time "should be sufficient." (ECF No. 61 at 2-3.) The Court agrees. It now will have been some eight months for Respondents to make this filing. Therefore—again—*the Court will not look favorably upon any motion to further extend this deadline*.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 61) is granted. Respondents will have until and including April 3, 2023, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 1st Day of February 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE