UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on April 3, 2023. (ECF No. 65.) Petitioner Willie Sampson, who is represented by appointed counsel, then had 45 days—until May 18, 2023—to file a reply. (ECF No. 6 (Scheduling Order).)

On May 18, 2023, Sampson filed a motion for extension of time (ECF No. 66 ("Motion")), requesting an extension of time to July 18, 2023—a 61-day extension—for his reply. Sampson's counsel states that this extension of time is necessary because she only appeared on behalf of Sampson, as his lead counsel in this case, on March 8, 2023 (ECF No. 63), and because of her obligations in other cases. Sampson's counsel represents that Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that Sampson's Motion to Extend Time (ECF No. 66) is granted. Sampson will have until and including July 18, 2023, to file his reply to Respondents' answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

It is further ordered that, under Federal Rule of Civil Procedure 25(d), Nethanjah Breitenbach is substituted for Perry Russell as the respondent warden. The Clerk of Court is directed to update the docket to reflect this change.

DATED THIS 19th Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE