UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

　　　　In this habeas corpus action, Respondents filed their answer on April 3, 2023. (ECF No. 65.) After a 45-day initial period and a 61-day extension of time, Petitioner Willie Sampson was to file his reply to the answer by July 18, 2023. (ECF Nos. 6, 67.)

　　　　On July 13, 2023, Sampson filed a motion for extension of time (ECF No. 68 ("Motion")), requesting a further 62-day extension of time, to September 18, 2023, for his reply. Sampson's counsel states that this extension of time is necessary because she only appeared on behalf of Sampson, as his lead counsel in this case, on March 8, 2023 (ECF No. 63), and because of her obligations in other cases. Sampson's counsel represents that Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested. The Court will grant this Motion.

　　　　However, Sampson now will have had over five months to file his reply. *The Court will not look favorably upon any motion to further extend this deadline*.

　　　　It is therefore ordered that Sampson's Motion to Extend Time (ECF No. 68) is granted. Sampson will have until and including September 18, 2023, to file his reply to Respondents' answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 14th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE