UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| WILLIE SAMPSON, | Case No. 3:20-cv-00615-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Petitioner Willie Sampson filed a counseled third amended petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 88 ("Petition").) Respondents filed a motion to dismiss the Petition (ECF No. 90) and Sampson filed a response (ECF No. 92). Respondents' reply was due on August 19, 2024. On that date, Respondents filed a motion for enlargement of time to (first request) (ECF No. 93), requesting a 21-day enlargement of time, up to and including September 9, 2024, to file their reply.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 93) is granted. Respondents have up to and including September 9, 2024, to file a reply in support of their motion to dismiss.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 4, 2020 (ECF No. 6) will remain in effect.

DATED THIS 21st Day of August 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE