# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>　　　　　　　Petitioner,<br>　v.<br>NETHANJAH BREITENBACH, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

Respondents filed an Unopposed Motion for Enlargement of Time to Answer Petitioner's Third Amended Petition for Writ of Habeas Corpus (First Request) (ECF No. 97) ("Motion"). Respondents request a 58-day enlargement of time, up to and including January 24, 2025.

Good cause appearing, it is therefore ordered that the Motion (ECF No. 97) is granted. Respondents have up to and including January 24, 2025, to file an Answer to the Third Amended Petition.

DATED THIS 27th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE