UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE SAMPSON,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

Petitioner Willie Sampson filed an Unopposed Motion to Extend Time for Filing the Reply to Answer (First Request). (ECF No. 100 ("Motion").) Petitioner requests a 62-day extension of time, up to and including May 26, 2025.

Good cause appearing, it is therefore ordered that the Motion (ECF No. 100) is granted *nunc pro tunc*. Petitioner has up to and including May 26, 2025, to file a reply in support of the third amended petition.

DATED THIS 27th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE