UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>       Petitioner,<br>  v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>       Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

In this habeas action, Respondents filed an unopposed motion for enlargement of time to reply in support of respondents' answer to Petitioner's third amended petition (First Request). (ECF Nos. 103 ("Motion"), 6 at 2.) Respondents request a 29-day extension of time, up to and including July 25, 2025. The Court finds good cause to grant the Motion.

It is therefore ordered that the Motion (ECF No. 103) is granted *nunc pro tunc*. Petitioner has up to and including July 25, 2025, to file a reply in support of the answer to the third amended petition.

DATED THIS 27th Day of June 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE