# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>Petitioner,<br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00615-MMD-CSD<br><br>ORDER |

In this habeas action, Respondents filed a Motion for Enlargement of Time to Reply in Support of Respondents' Answer to Petitioner's Third Amended Petition (Second Request). (ECF No. 106 ("Motion").) Respondents request a 60-day extension of time, up to and including September 23, 2025, and the Court finds good cause to grant the request.

It is therefore ordered that the Motion (ECF No. 106) is granted *nunc pro tunc*. Petitioner has up to and including September 23, 2025, to file a reply in support of the Answer to the Third Amended Petition.

DATED THIS 29th Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE