UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIE SAMPSON,

                                    Petitioner,

           v.

NETHANJAH BREITENBACH, *et al.*,

                                    Respondents.

Case No. 3:20-cv-00615-MMD-CSD

ORDER

In this habeas action, Respondents filed a Motion for Enlargement of Time to File Respondents' Reply in Support of Answer to Third Amended Petition (Third Request) (ECF No. 108) ("Motion"). Respondents request a 60-day extension of time, up to and including November 24, 2025.

Good cause appearing, it is therefore ordered that the Motion (ECF No. 108) is granted *nunc pro tunc*. Respondents have up to and including November 24, 2025, to file a reply in support of the Answer to the Third Amended Petition.

DATED THIS 24th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE