1

2

3                        UNITED STATES DISTRICT COURT

4                              DISTRICT OF NEVADA

5                                    * * *

6    WILLIE SAMPSON,                          Case No. 3:20-cv-00615-MMD-CSD

7                            Petitioner,                  ORDER

           v.
8
     NETHANJAH BREITENBACH, *et al.*,
9
                            Respondents.
10

11          In this habeas corpus action, Respondents have filed a Motion for Enlargement of

12   Time to File Respondents' Reply in Support of Answer to Third Amended Petition. (ECF

13   No. 110 ("Motion").) Respondents' surreply was due November 24, 2025. (ECF No. 109.)

14   Petitioner Willie Sampson, represented by appointed counsel, filed his reply on May 27,

15   2025. (ECF No. 102.) The scheduling order provided for 30 days for the surreply, so it

16   was originally due on June 26, 2025. (ECF No. 6 at 2.) The Court has granted

17   Respondents three extensions of this deadline, totaling 151 days (about five months),

18   bringing the deadline to November 24, 2025. (ECF Nos. 104, 107, 109.) In their Motion,

19   Respondents request another 30 days, to December 24. (ECF No. 110.) Respondents'

20   counsel states that they need this fourth extension because of computer problems in

21   August and September; the federal government shutdown from October 1 to November

22   12; other professional obligations; and personal medical issues, pre-planned annual

23   leave, and the holidays. There is no indication that Respondents' counsel contacted

24   Petitioner's counsel about this Motion (as was the case in Respondents' last motion for

25   an extension as well (ECF No. 108)).

26          The Court is concerned about the need for the additional extension, particularly

27   given the lengthy extensions already given and the reasons for the requested extension

28

1  other than personal medical issues. Nevertheless, the Court will grant the Motion and will

2  extend the due date for Respondents' surreply to December 24, 2025. But this will be the

3  last extension of this deadline as the Court will endeavor to address the merits without

4  further delay.

5     It is therefore ordered that the Motion (ECF No. 110) is granted *nunc pro tunc.*

6  Respondents have until and including December 24, 2025 to file a response to

7  Petitioner's reply.

8     DATED THIS 25th Day of November 2025.

9

10                    _____

11                    MIRANDA M. DU
                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28